UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN ALTERNATIVE INSURANCE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>JOHN G. WARNER, et al.,<br><br>Defendants. | Case No. 19-cv-04628-KAW<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 38 |

On November 21, 2019, the parties filed a stipulated protective order. (Dkt. No. 37.) The parties, however, did not indicate whether they were using a model protective order or a modified protective order as required by the Court's Standing Order. (*See* Judge Westmore's General Standing Order ¶ 12.) On November 22, 2019, the Court ordered the parties to submit, within seven days: (1) a declaration stating that the proposed order was identical to a model order; (2) a declaration explaining each modification to the model order, along with a redline version; or (3) a declaration explaining why use of one of the model orders was not practicable. (Dkt. No. 38.) The parties were also ordered to provide a courtesy copy of the stipulated protective order and declaration.

As of the date of this order, the parties have not filed the required declaration. The Court has also not received a courtesy copy of the stipulated protective order. Accordingly, the Court ORDERS the parties to show cause, by **December 16, 2019**, why the parties should not be sanctioned for failing to comply with the Court's order by: (1) filing the required declaration, (2) providing the required courtesy copies, and (3) explaining why the parties failed to comply with

///

the Court's order.

IT IS SO ORDERED.

Dated:

_____
KANDIS A. WESTMORE
United States Magistrate Judge